IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIRECTV, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-20 |
| BENNIE LETO, | ) Judge Lancaster |
| | ) Magistrate Judge Hay |
| Defendant. | ) |

ORDER

AND NOW, this 5th day of January, 2007, the parties having advised the Court that the above-entitled matter has been settled and a stipulation of dismissal will be filed in due course, and it appearing that no further action is contemplated by this Court at this time,

IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order has not been entered.

GARY L. LANCASTER
United States District Judge

cc: Hon. Amy Reynolds Hay
    United States Magistrate Judge

Peter V. Marcoline, Jr., Esquire
245 Fort Pitt Building
3rd Floor
Pittsburgh, PA 15222

John W. Gibson, Esquire
1035 Fifth Avenue
Pittsburgh, PA 15219