IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

DIRECTV, Inc.,       §

     Plaintiff,       §

     v.            §

BENNIE LETO,      §

     Defendant     §

§
§
§
§
§
§
§

Docket No. 2:04-CV-20

(Judge Lancaster)

## ORDER OF COURT

AND NOW, to wit, this ___15___ day of February, 2007, upon consideration of the

Motion to Dismiss as to Bennie Leto, filed by Plaintiff DIRECTV, Inc., and pursuant to

Rule 41(a)(2), Fed. R.Civ.P., it is hereby ORDERED, ADJUDGED and DECREED that

the civil action against Defendant Bennie Leto is hereby DISMISSED with prejudice.

By the Court,

_____ J.